UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REBECCA HANNESSON,

        Plaintiff,

v.                                                                       Case No.: 3:23-cv-1397-WWB-LLL

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1) filed on November 28, 2023, seeking judicial review of a final decision by the Commissioner of the Social Security Administration ("**Commissioner**") denying Plaintiff's application for Title II Disability Insurance Benefits. United States Magistrate Judge Laura Lothman Lambert issued a Report and Recommendation (Doc. 30) recommending that the Commissioner's final decision be reversed and remanded for further proceedings.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further

proceedings consistent with the Report and Recommendation and this Order.

3. The Clerk is directed to enter judgment accordingly, terminate any pending motions, and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on February 18, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record